## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Bruce Allen Knowles, | Civil No. 11-148 (RHK/LIB) |
| Petitioner | **ORDER** |
| vs. | |
| Mark Thielen, Warden, | |
| Respondent. | |

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and the undersigned's de novo review of the Objections (Doc. No. 7-Reply) thereto, as well as all of the files, records and proceedings in this action, **IT IS ORDERED**:

1. The Objections (Doc. No. 7-Reply) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 6) is **ADOPTED**;

3. Petitioner's Application for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

4. This action is **DISMISSED WITH PREJUDICE**; and

5. Petitioner will **NOT** be granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 15, 2011

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge